IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 00-3509-CV-S-GAF |
| | ) | |
| MINOR MOODY, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

In accordance with the report and recommendation of the United States Magistrate Judge, it is hereby

ORDERED that defendant be, and is hereby, conditionally released under the following conditions:

1. The defendant will reside when a bed is available at the Adult Custodial Care which is located at 1222 South Dark Shadows Avenue, Whiteriver, Arizona, 85941. Defendant will not make any change in his residence without the advance approval of the mental health providers and the final approval of the supervising United States probation officer.

2. The defendant shall submit his person, property, house, residence, vehicle, papers, computers, other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

3. The defendant will comply with all recommendations of treatment and will comply with all appointments with the Indian Health Services and Apache Behavioral Health Services. Defendant shall not change mental health providers without advance approval of the United States probation officer.

4. The defendant is restricted from travel outside of the District of Arizona, except with the prior approval of the United States probation officer.

5. The defendant shall not contact any victim(s) of any previous conviction, or the alleged victim(s) of current offense and the probation officer will verify compliance.

6. The defendant shall comply with psychiatric treatment, as directed by the treatment team and the United States probation office, to include, but not limited to oral and injectable psychotropic medications.

7. While the defendant is in outpatient counseling, he may be admitted to an inpatient facility or placed in a crisis stabilization facility should his treating clinicians of United States probation officer deem it is necessary for his safety or the safety of the community.

8. The defendant is to abstain from all use of alcohol and other drugs not prescribed by his treating physician. His treating physician shall notify the United States probation officer of any changes in the administration of anti-psychotic drugs.

9. The defendant is to submit to urinalysis and other drug testing for the detection of use of controlled substances and to undergo regular urine and serum blood level screening, if ordered by the treating physician and United States probation officer to ensure abstinence from substances and the maintenance of a therapeutic level of medication.

10. The defendant shall participate in outpatient/inpatient substance abuse counseling, as directed by the United States probation officer, if deemed necessary.

11. The defendant shall not possess any firearms, destructive device or other dangerous weapons and shall submit to a random search of his person, property and residence.

12. The defendant shall not commit another federal, state or local crime.

13. The defendant is to report any contact with any law enforcement officer to the United States probation office within 24 hours of the contact.

14. The defendant will be supervised by the United States probation office for a specified period imposed by the court to ensure his compliance. The defendant will comply with the standard conditions of the United States probation office, District of Arizona, including waiving his right to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising probation officer who will assist in evaluating the ongoing appropriateness of community placement.

15. The medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily

injury to another person or serious damage to the property of another. Any party requesting modification or termination of the Conditions of Release shall submit adequate documentation supporting the request through the supervisory United States probation officer, to the Civil Division of the United States attorney's office for the District of Arizona, for a determination as to whether a motion for release should be filed.

16. The defendant's failure to adhere to any of these conditions will result in him being located, taken into custody, and subsequently reviewed by the federal court of jurisdiction for suitability for continued release to the community.

<u>s/ Gary A. Fenner</u>
Gary A. Fenner, Judge
United States District Court

DATED:   November 27, 2012